| *Attorney or Party without Attorney:*<br>MEAGHER & GEER, PLLP<br>ROB A. JUSTMAN, (#UTAH010173)<br>8800 N. GAINEY CENTER DRIVE SUITE 261<br>SCOTTSDALE, AZ 85258<br>Telephone No: 480-607-9719<br><br>*Attorney For:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* 56113-00029 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATE DISTRICT COURT OF UTAH | | | | |
| *Plaintiff:* UNITED SPECIALTY INSURANCE COMPANY,<br>*Defendant:* H2O ZONE, LLC; ET AL | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:17-CV-00025-DS |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT DECLARATORY JUDGMENT; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; $25.00 ACCEPTANCE FEE

3. a. Party served:     H20 ZONE, LLC
   b. Person served:    MARY LEE BLAIR, CSR FOR THE ARIZONA CORPORATION COMMISSION

4. Address where the party was served:   1300 W, WASHINGTON ST., PHOENIX, AZ 85007

5. I served the party:
   a. by substituted service.   On: Wed, Jan 25 2017 at: 10:17 AM by leaving the copies with or in the presence of:
   MARY LEE BLAIR, CSR FOR THE ARIZONA CORPORATION COMMISSION, , African American, Female, 35, Black, , 5'8", 180, .

   (a) (ARIZONA CORPORATION COMMISSION) Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this subpoena for service on:

Service: $34.84, Mileage: $.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $25.00, Total: $69.84

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. ERIC HENNINGSEN
   b. First Legal Support Services
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

   1-27-17                    *Eric* (signature)
   _____                  _____
   (Date)                     (Signature)

7. STATE OF ARIZONA, COUNTY OF Maricopa
   Subscribed and sworn to (or affirmed) before on this 27 day of January by ERIC HENNINGSEN proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   _____
   (Notary Signature)

OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 8, 2019

AFFIDAVIT OF SERVICE



*1220253 (559909)*